1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10              (HONORABLE LOUISA S. PORTER)

11 | UNITED STATES OF AMERICA,    )  CASE NO. 08MJ2169
                                  )
12 |         Plaintiff,            )
                                  )
13 | v.                            )
                                  )  **NOTICE OF APPEARANCE**
14 | ALFREDO ESPINOZA-MUNOZ,       )
                                  )
15 |         Defendant.            )
   |_____)

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20                                          Respectfully submitted,

22 Dated: July 18, 2008                     /s/ *JENNIFER L. COON*
                                            Federal Defenders of San Diego, Inc.
23                                          Attorneys for Defendant
                                            Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 18, 2008        /s/ *JENNIFER L. COON*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Jennifer_Coon@fd.org (email)